NUMBER 13-01-088-CV

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI

 ____________________________________________________________________ 



JERRY NAILL , Appellant, 



v.

 

GARY LEWIS, INDIVIDUALLY AND 

D/B/A LEWIS TOWING AND SALVAGE , Appellee. 

____________________________________________________________________ 



On appeal from the 9th District Court

 of Montgomery County, Texas.

 ____________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



 Appellant, JERRY NAILL , perfected an appeal from a judgment entered by the 9th District Court of Montgomery County,
Texas, in cause number 00-08-04865-CV . After the record was filed, appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 29th day of March, 2001 .